## 5451. FOSTER & COMPANY v. BENNETT et al.

RUSSELL, C. J. The only issue presented by this record is one of fact, for solution by the jury, and the verdict, being supported by some evidence and approved by the trial judge, will not be disturbed.

*Judgment affirmed. Roan, J., absent.*

DECIDED SEPTEMBER 1, 1914.

Appeal; from Gilmer superior court—Judge Patterson. December 12, 1913.

*A. N. Edwards, Fred Morris,* for plaintiffs in error.

---

## 5456. WELDEN v. CLIFFORD.

RUSSELL, C. J. The instructions of the trial judge were not prejudicial, in view of the contentions of the parties as presented by the evidence. It was within the exclusive province of the jury to determine the credibility of the witnesses; and since the evidence in behalf of the prevailing party authorized the verdict, the judgment refusing a new trial was not error. *Judgment affirmed. Roan, J., absent.*

DECIDED SEPTEMBER 1, 1914.

Distraint; from city court of Griffin—Judge Flynt. December 20, 1913.

*W. E. H. Searcy Jr.,* for plaintiff in error.

*W. H. Connor,* contra.